O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR15-632-CAS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF |
| RENE GILBERTO ROMERO, | ) | SUPERVISED RELEASE AND JUDGMENT |
| Defendant. | ) | |
| _____ | ) | |

On January 7, 2016, this matter came before the Court on Petitions on Probation and Supervised Release originally filed on December 2, 2015. Government counsel, Joseph Axelrad, the defendant and his appointed DFPD attorney, Richard Goldman, were present. The U.S. Probation Officer, Matthew Chheng, was also present.

The defendant admitted allegation nos. 1 and 2, in violation of his supervised release, as stated in the Petitions filed on December 2, 2015. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on or around October 7, 2011.

///

///

///

///

///

1  IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's
2 defendant's supervised release is revoked.  The defendant is hereby committed to the custody
3 of the Bureau of Prisons for a term of five (5) months, with no supervision to follow.

FILE/DATED:    January 8, 2016

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY, CLERK


By: ___/S/_____
    Connie Lee, Deputy Clerk